B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Millenium Holding Group, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0109108** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 530512**<br>**Henderson, NV**<br>ZIP Code **89053** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Millenium Holding Group, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)         (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>       _____<br>       (Name of landlord that obtained judgment)<br><br>       _____<br>       (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                           Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Millenium Holding Group, Inc.**

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Robert Atkinson**
_____
Signature of Attorney for Debtor(s)

**Robert Atkinson 9958**
_____
Printed Name of Attorney for Debtor(s)

**Kupperlin Law Group, LLC**
_____
Firm Name

**10120 S. Eastern Ave Suite 202**
**Henderson, NV 89052**
_____
Address

**Email: bknotices@kupperlin.com**
**(702) 614-0600  Fax: (702) 614-0647**
_____
Telephone Number

**December 28, 2010**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Richard L. Ham**
_____
Signature of Authorized Individual

**Richard L. Ham**
_____
Printed Name of Authorized Individual

**President/CEO**
_____
Title of Authorized Individual

**December 28, 2010**
_____
Date

## RESOLUTIONS AUTHORIZING BANKRUPTCY

The undersigned, being the entire set of the Board of Directors of **MILLENIUM HOLDING GROUP, INC.**, a Nevada corporation ("Company"), hereby adopts the following resolutions and commits the Company as follows:

**RESOLVED**, that in the business judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors, and other parties-in-interest, that the Company file or cause to be filed a voluntary petition for relief under the provisions of Chapter 7 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada; and it is further

**RESOLVED**, that **Richard Ham** ("Authorized Individual") hereby is authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action deemed necessary or proper to obtain such relief; and it is further

**RESOLVED**, that the Authorized Individual be, and hereby is, authorized and directed to employ Kupperlin Law as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Individual is hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers as required.

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date set forth below.

_Richard Ham_
Richard Ham, Director

_Carla Aufdenkamp Ham_
Carla Aufdenkamp, Director

Date: _December 27, 2010_

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re     **Millenium Holding Group, Inc.**_____,      Case No. _____
                                                   Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,090,770.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 4,308,807.66 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 7,399,578.03 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re    **Millenium Holding Group, Inc.**
_____ ,
                    Debtor

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **Millenium Holding Group, Inc.**             ,       Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

     Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

     **Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

     If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | | (Report also on Summary of Schedules) |

 **0**   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re   **Millenium Holding Group, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account XXXX0871 Location: Bank of America *** overdrawn *** ** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >         0.00
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Millenium Holding Group, Inc.**                                    ,          Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)
Total >    **0.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Millenium Holding Group, Inc.**                                          ,          Case No. _____
                                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**___ continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Millenium Holding Group, Inc.**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Millenium Holding Group, Inc._____,    Case No. _____
                                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. <br><br> **Carla Aufdenkamp** <br> **P.O. Box 530512** <br> **Henderson, NV 89053** | - | | | **1999 to 2010** <br><br> **Back wages and deferred comp** | | | | 794,375.76 | 782,650.76 | 11,725.00 |
| Account No. <br><br> **Richard Ham** <br> **P.O. Box 530512** <br> **Henderson, NV 89053** | - | | | **1999 to 2010** <br><br> **Back wages and deferred comp** | | | | 2,277,931.89 | 2,266,206.89 | 11,725.00 |
| Account No. <br><br> **Steven Miller** <br> **261 Single Petal Street** <br> **Henderson, NV 89074** | - | | | **2007** <br><br> **Unpaid wages + penalties** | | | | 18,462.72 | 6,737.72 | 11,725.00 |
| Account No. <br><br> | | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _1___ of _1___ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page)    3,090,770.37 | 3,055,595.37 <br> 35,175.00 |
| | Total (Report on Summary of Schedules)    3,090,770.37 | 3,055,595.37 <br> 35,175.00 |

B6F (Official Form 6F) (12/07)

In re   **Millenium Holding Group, Inc.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No. NY Case # 604132-2006**<br><br>**Adam D. Mitzner, Esq.**<br>**Gersten Savage LLP**<br>**600 Lexington Avenue**<br>**New York, NY 10022** | | - | | **Attorney in lawsuit (for notice purposes)** | | | | **0.00** |
| **Account No. xxxx6085**<br><br>**Aetna**<br>**1425 Union Meeting Road**<br>**P.O. Box 2321**<br>**Blue Bell, PA 19422** | | - | | **08-2010**<br>**Insurance** | | | | **974.00** |
| **Account No.**<br><br>**American**<br>**P.O. Box 619616**<br>**DFW Airport, TX 75261** | | - | | **2002**<br>**Airline** | | | | **952.00** |
| **Account No.**<br><br>**April Shon**<br>**20472 Saratoga Los Gatos Road**<br>**Saratoga, CA 95070** | | - | | **08-2010**<br>**Landlord** | | | X | **14,761.99** |

|  |  |  |
|---|---|---|
| __22__  continuation sheets attached | Subtotal<br>(Total of this page) | 16,687.99 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Millenium Holding Group, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx037R** <br><br> **Automatic Data Processing, Inc. - ADP** <br> **51 Mercedes Way** <br> **Edgewood, NY 11717** | - | | 02-2003 <br> Trade vendor | | | | 126.08 |
| Account No. <br><br> **Benedict James & Cynthia A. Bauer** <br> **11328 Tecumseh** <br> **Redford, MI 48239** | - | | 2004 <br> Convertible Note | | | | 8,670.95 |
| Account No. **rh4** <br><br> **Binary.Net** <br> **134 S. 13th Street, Suite 301** <br> **Lincoln, NE 68508** | - | | 07-2002 <br> Trade vendor | | | | 713.91 |
| Account No. <br><br> **Blair T. Holder** <br> **304 Hillcrest Drive NE** <br> **New Philadelphia, OH 44663** | - | | 2008-2009 <br> 6 Promissory Notes | | | | 39,107.95 |
| Account No. <br><br> **Bruno's Landscaping** <br> **P.O. Box 778184** <br> **Henderson, NV 89077** | - | | 11-2006 <br> Landscaping from old office | | | | 180.00 |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

48,798.89

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.**                                          ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx & xxx7604**<br><br>**Business Wire**<br>**44 Montgomery Street, 39th Floor**<br>**San Francisco, CA 94104** | - | | 03-2005<br>Trade vendor | | | | 4,645.00 |
| Account No.<br><br>**Carl P. Ranno**<br>**2733 E. Vista Drive**<br>**Phoenix, AZ 85032** | - | | 2010<br>Professional fees | | | | 437,902.21 |
| Account No.<br><br>**Catherine S. Ratelle**<br>**6393 Buckaroo Avenue**<br>**Las Vegas, NV 89108** | - | | 04-2007<br>Trade vendor | | | | 1,390.00 |
| Account No.<br><br>**Charles V. Barrett**<br>**17351 Tall Tree Trail**<br>**Chagrin Falls, OH 44023** | - | | 2008-2009<br>4 Promissory Notes | | | | 33,743.58 |
| Account No. **xxxx0000**<br><br>**Chavez & Koch, CPA's, Ltd.**<br>**c/o Kondler, Chavez & Koch, CPA's**<br>**6460 Medical Center Street, Suite 230**<br>**Las Vegas, NV 89148** | - | | 2007<br>Judgment - NV Case #07A534614 | | | | 15,132.90 |

Sheet no. __2___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **492,813.69**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Millenium Holding Group, Inc.**    ,    Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 07-2005<br>Trade vendor | | | | |
| Childers' Financial Services, Inc.<br>205 Parkers Mill Road<br>Somerset, KY 42501 | | | | | | | | 1,250.00 |
| Account No. **NV Case #07A534614** | | - | | Attorney in lawsuit (for notice purposes) | | | | |
| Christopher Hunter, Esq.<br>Wanderer Law PC<br>302 E. Carson Avenute, Suite 520<br>Las Vegas, NV 89101 | | | | | | | | 0.00 |
| Account No. **xxxxx7836** | | - | | 09-2010<br>Utilities | | | | |
| City of Henderson<br>240 Water Street<br>P.O. Box 95050<br>Henderson, NV 89009 | | | | | | | | 188.21 |
| Account No. **NV Case #A-10-615556-F** | | - | | Attorney in lawsuit (for notice purposes) | | | | |
| Claire Y. Dossier, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 | | | | | | | | 0.00 |
| Account No. **M110** | | - | | 2001 / 2002<br>Arbitration Award 73181E0062805BRBA/or LIHM | | | | |
| Compushare, Inc.<br>Three Hutton Centre Drive, Suite 700<br>Santa Ana, CA 92707 | | | | | | | | 11,285.00 |

| | | |
|---|---|---|
| Sheet no. __3___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 12,723.21 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.**                                        ,    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx x0001** <br><br> **Connelly Roberts & McGivney, LLC** <br> **55 W. Monroe Street, Ste. 1700** <br> **Chicago, IL 60603** | | - | | **12-2008** <br> **Professional fees** | | | | 504,825.33 |
| Account No. <br><br> **Curtice L. Newcom Jr.** <br> **4021 Brentwood Drive** <br> **Owensboro, KY 42301** | | - | | **2005** <br> **Convertible Note** | | | | 139,978.08 |
| Account No. **xxxxx5 001** <br><br> **Dana F. Cole & Company** <br> **1248 O Street, Suite 500** <br> **Lincoln, NE 68508** | | - | | **11-2000** <br> **Professional fees** | | | | 1,456.85 |
| Account No. **NJ Case #DC-5612-01** <br><br> **David W. Novack, Esq.** <br> **Egan & Novack, LLC** <br> **195 Route 46 West, Suite 11** <br> **Totowa, NJ 07512** | | - | | **Attorney in lawsuit (for notice purposes)** | | | | 0.00 |
| Account No. <br><br> **De Joya Griffith & Company, LLC** <br> **2580 Anthem Village Drive** <br> **Henderson, NV 89052** | | - | | **05-2006** <br> **Professional fees** | | | | 2,075.00 |

| | | | |
|---|---|---|---|
| Sheet no. __4___ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | Subtotal <br> (Total of this page) | 648,335.26 |

B6F (Official Form 6F) (12/07) - Cont.

In re   __Millenium Holding Group, Inc._____,   Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dennis Burns**<br>**P.O. Box 362**<br>**Tiffin, OH 44883** | - | | **2004-2005**<br>**Convertible Note and Promissory Note** | | | | 24,753.20 |
| Account No. **xxxxx6217, xxxxxxxxx & xxx3837**<br><br>**DHL (formerly Airborne Express)**<br>**1200 S. Pine Island Road, Suite 600**<br>**Plantation, FL 33324** | - | | **03-2002**<br>**Overnight package delivery** | | | | 358.81 |
| Account No. **x0723**<br><br>**Donohue Brown Mathewson & Smyth, LLC**<br>**140 S. Dearborn, Suite 800**<br>**Chicago, IL 60603** | - | | **03-2008**<br>**Professional fees** | | | | 1,400.60 |
| Account No.<br><br>**Earl Roberts**<br>**P.O. Box 425**<br>**Tiffin, OH 44883** | - | | **2006**<br>**Promissory Note** | | | | 2,000.00 |
| Account No. **NV Case #A-10-615556-F**<br><br>**Edward F. Malone, Esq.**<br>**Barack Ferrazzano Kirschbaum**<br>**200 W. Madison Street, Suite 3900**<br>**Chicago, IL 60606** | - | | **Attorney in lawsuit (for notice purposes)** | | | | 0.00 |

Sheet no. __5___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                  Subtotal
                                          (Total of this page)   **28,512.61**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **NV Case #CV-S-05-0356-JCM-LRL** <br><br> **Edward F. Malone, Esq.** <br> **Barack Ferrazzano Kirschbaum** <br> **200 W. Madison Street, Suite 3900** <br> **Chicago, IL 60606** | - | | **Attorney in lawsuit (for notice purposes)** | | | | **0.00** |
| Account No. <br><br> **Eliassen, Dennis** <br> **25300 Ridgewood Drive** <br> **Farmington Hills, MI 48336** | - | | **2004-2009** <br> **14 Convertible Notes and 7 Promissory Notes** | | | | **222,476.57** |
| Account No. **xxxxx0369** <br><br> **Embarq Communications, Inc.** <br> **P.O. Box 8188** <br> **London, KY 40742** | - | | **02-2007** <br> **Utility** | | | | **847.56** |
| Account No. <br><br> **Embarq Communications, Inc.** <br> **P.O. Box 8188** <br> **London, KY 40742** | - | | **2007** <br> **Re: Fynancial Mortgage Corporation** | | | | **0.00** |
| Account No. <br><br> **Envision Capital, LLC** <br> **P.O. Box 2112** <br> **Fort Lauderdale, FL 33303** | - | | **2005-2006** <br> **Settlement Agreement - NY Case # 604132-2006** | | | | **350,000.00** |

| | | |
|---|---|---|
| Sheet no. **6** of **22** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **573,324.13** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx-x403-4**  FedEx P.O. Box 332 Memphis, TN 38101 | - | | | | **2001** Overnight package delivery | | | | 322.00 |
| Account No. **xx111A**  Friedman & Holtz, P.C. 150 S. Wacker Drive, Suite 2600 Chicago, IL 60606 | - | | | | **04-2009** Professional fees | | | | 97,491.46 |
| Account No.  Fusion Capital Fund II, LLC 222 Merchandise Mart Plaza, Ste 9-112 Chicago, IL 60654 | - | | | | **2007** Judgment - IL Case # 07-CV-04543  &  IL Appeal #09-3723  &  Case # NV Case #A-10-615556-F | | | | 1,241,865.00 |
| Account No. **x1576**  Gemisys 7103 S. Revere Parkway Englewood, CO 80112 | - | | | | **03-2000** Trade vendor | | | | 85.07 |
| Account No.  GLS Landscaping, Inc. 1520 Patrick Lane Henderson, NV 89014 | - | | | | **08-2005** Landscaping from old office | | | | 1,037.50 |

Sheet no. __7___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            1,340,801.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.**                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 09-2009 Landscaping from old office | | | | |
| Gregorio Reyes-Martinez dba ABC Landscaping 8285 Gulfstar Lane Las Vegas, NV 89147 | - | | | | | | | 262.50 |
| Account No. | | | | 06-2007 Judgment NY Case #602523/2007 & NV Case #08A569460 | | | | |
| Gusrae Kaplan Bruno & Nusbaum PLLC 120 Wall Street New York, NY 10005 | X - | | | | | | | 36,541.39 |
| Account No. | | | | 2002 Trade vendor | | | | |
| Hangers 2101 G St Lincoln, NE 68510 | - | | | | | | | 30.00 |
| Account No. **M174** | | | | 05-2002 Professional fees | | | | |
| Hobe & Lucas CPA, Inc. 4807 Rockside Road, Suite 510 Independence, OH 44131 | - | | | | | | | 9,500.00 |
| Account No. **NV Case #09A579265** | | | | Attorney in lawsuit (for notice purposes) | | | | |
| Howard Roitman, Esq. Howard Roitman & Associates PC 8921 W. Sahaara Avenue, Suite B Las Vegas, NV 89117 | - | | | | | | | 0.00 |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 46,333.89 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.** ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Imperial Financial Printing**<br>**7100 E. Lincoln Drive, Suite D230**<br>**Scottsdale, AZ 85253** | - | | | **01-2002**<br>**Trade vendor** | | | | 160.00 |
| Account No. **x4273** <br><br>**Internet Wire**<br>**c/o Market Wire**<br>**5757 W. Century Blvd., Suite 200**<br>**Los Angeles, CA 90045** | - | | | **03-2003**<br>**Trade vendor** | | | | 250.00 |
| Account No. <br><br>**InvestSource, Inc.**<br>**7451 Warner Avenue, Suite 342**<br>**Huntington Beach, CA 92647** | - | | | **01-2006**<br>**Trade vendor** | | | | 350.00 |
| Account No. <br><br>**InvestSource, Inc.**<br>**7071 Warner Avenue, Suite F-416**<br>**Huntington Beach, CA 92647** | - | | | **01-2006**<br>**Same as above (alternate address)** | | | | Unknown |
| Account No. <br><br>**J & S Lawn Maintenance**<br>**P.O. Box 24415**<br>**Las Vegas, NV 89116** | - | | | **07-2006**<br>**Landscaping from old office** | | | | 240.00 |

Sheet no. __9___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Millenium Holding Group, Inc.**                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Jacqueline J. Sherbrook<br>25840 Ridgewood Drive<br>Farmington Hills, MI 48336 | - | | | | 2004<br>2 Convertible Notes | | | | 7,199.46 |
| Account No. xxxx8106<br><br>Jaguar<br>National Bankruptcy Service Center<br>P.O. Box 537901<br>Livonia, MI 48153 | - | | | | 01-2007<br>Vehicle | | | | 7,507.74 |
| Account No.<br><br>James & Sylvia Nafso<br>6850 Cambridge Court<br>West Bloomfield, MI 48322 | - | | | | 2005<br>2 Convertible Notes | | | | 13,754.54 |
| Account No.<br><br>John E. Queen<br>13006 Hamilton Street<br>Omaha, NE 68154 | - | | | | 2005-2006<br>4 Promissory Notes | | | | 18,545.51 |
| Account No. xxxx-xxxx-xxx & xxxx-xxxx0-ARA<br><br>Jolley Urga Wirth Woodbury Standish<br>Wells Fargo Tower, 16th Floor<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169 | - | | | | 06-2008<br>Professional fees | | | | 25,407.78 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **72,415.03**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2006 Re: FYNRE | | | | |
| **Jolley Urga Wirth Woodbury Standish Wells Fargo Tower, 16th Floor 3800 Howard Hughes Parkway Las Vegas, NV 89169** | - | | | | | | 0.00 |
| Account No. | | | 2004 Convertible Note | | | | |
| **Joseph A. Mantey & Kendra L. Schwartz 25779 Ridgewood Drive Farmington Hills, MI 48336** | - | | | | | | 7,199.46 |
| Account No. | | | 2005 Convertible Note | | | | |
| **Kevin & Dawn McGunagle 25443 Ridgewood Drive Farmington Hills, MI 48336** | - | | | | | | 3,521.36 |
| Account No. | | | 2002 Trade vendor | | | | |
| **Kinko's 800 N. 48th Street Lincoln, NE 68504** | - | | | | | | 35.00 |
| Account No. | | | 06-2006 Professional fees | | | | |
| **Law Offices of John G. Prather 48 Public Square P.O. Box 616 Somerset, KY 42502** | - | | | | | | 550.00 |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,305.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Millenium Holding Group, Inc.**                                    ,     Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 12-2007 Professional fees | | | | |
| Law Offices of Patrick C. Clary, Charter 7201 W. Lake Mead Blvd., Suite 503 Las Vegas, NV 89128 | - | | | | | | | | 4,254.60 |
| Account No. | | | | | 2007 Promissory Note | | | | |
| Lawrence D. & Diane R. Derderian 22544 Lawrence Street Dearborn, MI 48128 | - | | | | | | | | 10,000.00 |
| Account No. xxxxx-x0002 | | | | | 02-2010 Professional fees | | | | |
| Lewis and Roca, LLP 3993 Howard Hughes Parkway Las Vegas, NV 89109 | - | | | | | | | | 2,651.41 |
| Account No. xxxx849-5 | | | | | 05-2002 Trade vendor | | | | |
| Lincoln Journal Star P.O. Box 80499 Lincoln, NE 68501 | - | | | | | | | | 43.13 |
| Account No. | | | | | 08-2002 Trade vendor | | | | |
| Mail Boxes, Etc. 40th & Old Cheney Road Lincoln, NE 68516 | - | | | | | | | | 180.00 |

Sheet no. **_12_** of **_22_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                              **17,129.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.**                                    ,    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Marc C. Gabriel 7288 Plantanus Avenue Las Vegas, NV 89113** | - | | | | **2006 Promissory Note** | | | | 30,519.84 |
| Account No. **Mark Fawcett 5092 Gleason Drive Whitmore Lake, MI 48189** | - | | | | **2003 Convertible Note** | | | | 4,157.48 |
| Account No. **Mark Koch 349 Gulf Stream Way Costa Mesa, CA 92627** | - | | | | **2007 Promissory Note** | | | | 5,000.00 |
| Account No. **Market Advantages, Inc. Market Advantages Consulting LLC 1636 S. Los Alamos Circle Mesa, AZ 85204** | - | | | | **07-2002 Trade vendor** | | | X | 6,000.00 |
| Account No. **Maura A. & Todd M. Sanders 110 Brookfair Lane Leesburg, GA 31763** | - | | | | **2004 Convertible Note** | | | | 3,607.39 |

Sheet no. __13__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **49,284.71**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.**                                    ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-xxxxxxxxxx-x0475** <br><br> **MCI Worldcom** <br> **P.O. Box 4645** <br> **Iowa City, IA 52244** | | - | | **03-2002** <br> **Utility** | | | | 381.28 |
| Account No. **xxxxx0 001** <br><br> **Mendoza Berger Company** <br> **9838 Research Drive** <br> **Irvine, CA 92618** | X | - | | **01-2010** <br> **Professional fees** | | | | 46,296.60 |
| Account No. **x6MHG** <br><br> **Milliman USA** <br> **1120 S. 101st Street, Suite 400** <br> **Omaha, NE 68124** | | - | | **02-2004** <br> **Professional fees** | | | | 8,382.50 |
| Account No. **x*x8327** <br><br> **National Assn Insurance Commissioners** <br> **2301 McGee Street, Suite 800** <br> **Kansas City, MO 64108** | | - | | **03-2000** <br> **Trade vendor** | | | | 25.00 |
| Account No. **xxxxxx025-9** <br><br> **Nextel (Nextel Partners)** <br> **6880 Bermuda Road, Suite 100** <br> **Las Vegas, NV 89119** | | - | | **09-2002** <br> **Utility** | | | | 1,246.64 |

Sheet no. __14__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  56,332.02

B6F (Official Form 6F) (12/07) - Cont.

In re __**Millenium Holding Group, Inc.**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxx8604** <br><br> **NV Energy** <br> **6226 W. Sahara Avenue** <br> **P.O. Box 98910** <br> **Las Vegas, NV 89151** | - | | **09-2010** <br> **Utility** | | | | 713.05 |
| Account No. <br><br> **NVESTrain** <br> **P.O. Box 362** <br> **Tiffin, OH 44883** | - | | **04-2010** <br> **Trade vendor** | | | | 95,080.00 |
| Account No. **NV Case #CV-S-05-0356-JCM-LRL** <br><br> **Paul R. Hejmanowski, Esq.** <br> **Lionel Sawyer & Collins** <br> **300 S. Fourth Street Ste 1700** <br> **Las Vegas, NV 89101** | - | | **Attorney in lawsuit (for notice purposes)** | | | | 0.00 |
| Account No. **x0966** <br><br> **Paul T. Jacobs** <br> **22911 Papago Road** <br> **Apple Valley, CA 92307** | - | | **01-2008** <br> **Trade vendor** | | | | 925.00 |
| Account No. <br><br> **Philip A. Waldron, CPA, P.C.** <br> **1919 S. 40th Street, Suite 306** <br> **Lincoln, NE 68506** | - | | **12-2000** <br> **Professional fees** | | | | 716.87 |

Sheet no. __**15**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

97,434.92

B6F (Official Form 6F) (12/07) - Cont.

In re  **Millenium Holding Group, Inc.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx & xx3681** <br><br> **PR Newswire** <br> **G.P.O. Box 5897** <br> **New York, NY 10087** | - | | **07-2004** <br> **Judgment NJ Case #DC-5612-01** | | | | 5,739.40 |
| Account No. <br><br> **Pro Design, LLC** <br> **P.O. Box 368** <br> **Bunker Hill, WV 25413** | - | | **11-2003** <br> **Trade vendor** | | | | 523.80 |
| Account No. <br><br> **Realty Consultants Corporation** <br> **304 Persimmon Way** <br> **Harrodsburg, KY 40330** | | | **05-2006** <br> **Professional fees** | | | | 2,100.00 |
| Account No. **xxxx xx x xx159 9** <br><br> **Republic Services** <br> **770 E. Sahara Avenue** <br> **Las Vegas, NV 89104** | - | | **09-2010** <br> **Utility** | | | | 94.49 |
| Account No. <br><br> **Richard & Carla Ham** <br> **P.O. Box 530512** <br> **Henderson, NV 89053** | - | | **2006 to 2010** <br> **Promissory notes for monies invested in the company** | | | | Unknown |

Sheet no. __**16**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     8,457.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Millenium Holding Group, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Rigo Landservice**<br>**c/o Rodrigo Resendiz**<br>**20 Montello Avenue**<br>**Las Vegas, NV 89110** | - | | | **03-2006**<br>**Landscaping from old office** | | | | 625.00 |
| Account No.<br><br>**Robert Eliassen Jr.**<br>**726 Tickner Street**<br>**Linden, MI 48451** | - | | | **2003**<br>**Convertible Note** | | | | 8,405.55 |
| Account No. **xxxxxx & xx2502**<br><br>**Ross Engineering, Inc.**<br>**201 N. 8th Street, Suite 401**<br>**P.O. Box 80681**<br>**Lincoln, NE 68501** | - | | | **02-2008**<br>**Professional fees** | | | | 4,295.03 |
| Account No. **x4103**<br><br>**Ruder Finn**<br>**301 E. 57th Street**<br>**New York, NY 10022** | - | | | **09-2004**<br>**Trade vendor** | | | | 12,210.46 |
| Account No. **140**<br><br>**Runyon Architects and Associates, Inc.**<br>**2508 Highlander Way, Suite 210**<br>**Carrollton, TX 75006** | - | | | **02-2002**<br>**Professional fees** | | | | 27,606.03 |

Sheet no. __17__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

53,142.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **Millenium Holding Group, Inc.**                                    ,       Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sarmad Jabro for Sarmad Jabro Estates**<br>**6073 Northcreek Court**<br>**West Bloomfield, MI 48322** | - | | **2005-2006**<br>**10 Convertible Notes** | | | | 158,058.37 |
| Account No.<br><br>**Sarmad Jabro, Trustee of the Sarmad Jabr**<br>**6073 Northcreek Court**<br>**West Bloomfield, MI 48322** | - | | **2006**<br>**Promissory Note** | | | | 200,000.00 |
| Account No. **NV Case #CV-S-05-0356-JCM-LRL**<br><br>**Scott C. Sandberg, Esq.**<br>**Snell & Wilmer, LLP**<br>**1200 Seventeenth Street, Suite 1900**<br>**Denver, CO 80202** | - | | **Attorney in lawsuit (for notice purposes)** | | | | 0.00 |
| Account No. **xxxx9007**<br><br>**South Eastern Appraisal, Inc.**<br>**127 Monticello Street, Suite 1**<br>**Somerset, KY 42501** | - | | **09-2005**<br>**Professional fees** | | | | 1,245.42 |
| Account No. **xxxxx0369**<br><br>**Sprint**<br>**P.O. Box 15955**<br>**Shawnee Mission, KS 66285** | - | | **04-2006**<br>**Utility** | | | | 274.74 |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

359,578.53

B6F (Official Form 6F) (12/07) - Cont.

In re    **Millenium Holding Group, Inc.** ,    Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-7726**<br><br>**Sprint**<br>**P.O. Box 600607**<br>**Jacksonville, FL 32260** | - | | **09-2008**<br>**Utility** | | | | 11.31 |
| Account No. **xxxx1780**<br><br>**Sprint Conferencing Services**<br>**P.O. Box 101343**<br>**Atlanta, GA 30392** | - | | **11-2004**<br>**Utility** | | | | 461.26 |
| Account No.<br><br>**Sprint Nextel**<br>**Attn: Bankruptcy Dept**<br>**PO Box 7949**<br>**Overland Park, KS 66207-0949** | - | | **2002**<br>**Same as Nextel** | | | | Unknown |
| Account No. **Fynancial Mortgage Corp**<br><br>**St. Rose Executive Suites, LLC**<br>**2831 St. Rose Parkway, #200**<br>**Henderson, NV 89052** | - | | **2007**<br>**Landlord** | | | | 0.00 |
| Account No. **xxxxxx5379**<br><br>**Standard & Poor's**<br>**55 Water Street**<br>**New York, NY 10041** | - | | **01-2006**<br>**Trade vendor** | | | | 3,200.00 |

Sheet no. __19__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,672.57**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Millenium Holding Group, Inc.**                                    ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **129** <br><br> Steve's Lawn Service <br> 2392 Wood Village Drive <br> Henderson, NV 89044 | | - | | | **12-2008** <br> **Landscaping from old office** | | | | 350.00 |
| Account No. **xxx2833** <br><br> Stout Risius Ross, Inc. <br> One South Wacker Drive, 38th Floor <br> Chicago, IL 60606 | | - | | | **04-2006** <br> **Lawsuit - NV Case #09A579265** | | | | 22,070.75 |
| Account No. <br><br> Sutura, Inc. <br> 17080 Newhope Street <br> Fountain Valley, CA 92708 | | | | | **2004** <br> **Stipulated Judgment** | | | | 65,000.00 |
| Account No. <br><br> The Corporate Place, Inc. <br> 601 E. Charleston Boulevard, #100 <br> Las Vegas, NV 89104 | | - | | | **12-2009** <br> **Registered agent** | | | | 415.00 |
| Account No. **Re: FYNRE** <br><br> The Corporate Place, Inc. <br> 601 E. Charleston Boulevard, #100 <br> Las Vegas, NV 89104 | | - | | | **2010** <br> **Registered agent** | | | | 0.00 |

Sheet no. __20__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87,835.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Millenium Holding Group, Inc.** ,                     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx / xxxxxxxxxx1000**<br><br>**The Depository Trust Company**<br>**55 Water Street**<br>**New York, NY 10041** | - | | | **02-2007**<br>**Trade vendor** | | | | 480.00 |
| Account No.<br><br>**Thomas F. Kennedy**<br>**P.O. Box 27844**<br>**Ralston, NE 68127** | - | | | **2005-2009**<br>**3 Convertible Notes and 3 Promissory Notes** | | | | 237,173.49 |
| Account No. **5202**<br><br>**Tullis Landscaping & Maintenance**<br>**2480 Cedar Meadows Street**<br>**Henderson, NV 89052** | - | | | **07-2010**<br>**Trade vendor** | | | | 671.60 |
| Account No.<br><br>**United**<br>**77 W. Wacker Drive**<br>**Chicago, IL 60601** | - | | | **2002**<br>**Airline** | | | | 958.00 |
| Account No. **xxxxxxx5634**<br><br>**US Bank**<br>**P.O. Box 1800**<br>**St. Paul, MN 55101** | - | | | **11-2009**<br>**Overdrawn bank account** | | | | 1,433.02 |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

240,716.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **Millenium Holding Group, Inc.** _____,   Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2002 Utility (same as MCI) | | | | |
| **Verizon** P.O. Box 6000 Hayden, ID 83835 | - | | | | | | **Unknown** |
| Account No. | | | 2004 Convertible Note | | | | |
| **Wayne O. Barr** P.O. Box 938 Invermere, BC V0A1K0 CANADA | - | | | | | | **36,172.60** |
| Account No. | | | 08-2006 Professional fee | | | | |
| **Wert-Berater Commercial** 3753 Howard Hughes Pkwy Ste 200 Las Vegas, NV 89109 | - | | | | | | **6,000.00** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **42,172.60** |
| Total (Report on Summary of Schedules) | **4,308,807.66** |

B6G (Official Form 6G) (12/07)

.

In re  __**Millenium Holding Group, Inc.**_____,    Case No. _____

                                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re   **Millenium Holding Group, Inc.**          ,       Case No. _____

                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Carla Ham**<br>   **Partial co-debtor** | **Mendoza Berger Company**<br>**9838 Research Drive**<br>**Irvine, CA 92618** |
| **Carla Ham**<br>   **Default judgment in NY case** | **Gusrae Kaplan Bruno & Nusbaum PLLC**<br>**120 Wall Street**<br>**New York, NY 10005** |
| **Richard Ham**<br>   **Partial co-debtor** | **Mendoza Berger Company**<br>**9838 Research Drive**<br>**Irvine, CA 92618** |
| **Richard Ham**<br>   **Default judgment in NY case** | **Gusrae Kaplan Bruno & Nusbaum PLLC**<br>**120 Wall Street**<br>**New York, NY 10005** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Millenium Holding Group, Inc.**                                                          Case No.

_____    Chapter    **7**
                            Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 28, 2010**                          Signature    **/s/ Richard L. Ham**
                                                                **Richard L. Ham**
                                                                **President/CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of Nevada

In re   **Millenium Holding Group, Inc.**                                        Case No. _____

                                                 Debtor(s)           Chapter   **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                     SOURCE

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                     SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Fusion Capital Fund II LLC, vs.Millenium Holding Group Inc Case No.** | **Foreign judgment** | **Eighth District Court Clark County, NV** | **Foreign judgment was domesticated** |
| **Stout Risius Ross Inc vs Millenium Holding Group Inc Case No. 09A579265** | **Breach of contract - accounts payable** | **Eighth District Court Clark County, NV** | **Default** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Kupperlin Law Group, LLC 10120 S. Eastern Ave Suite 202 Henderson, NV 89052** | **Dec 27, 2010 Payor: FYNCO** | **$2500** |

4

**10. Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

6

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|
| **FYNRE** | **None** | | **Real Estate Development** | **Incorporated 12/22/05 (currently inactive; revoked status with NV SOS)** |
| **Fynancial Mortgage Corporation** | **71-1026820** | **d/b/a FYNMOR** | **Mortgage Banking** | **Incorporated 02/22/07 (currently inactive; revoked status with NV SOS)** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Richard Ham** | **P.O. Box 530512 Henderson, NV 89053** |
| **Carla Aufdenkamp Ham** | **P.O. Box 530512 Henderson, NV 89053** |

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
     and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Richard and Carla Ham**<br>**P.O. Box 530512**<br>**Henderson, NV 89053** | **President/CEO/Treasurer** | **37.05%** |
| **Ham Consulting Company**<br>**P.O. Box 530512**<br>**Henderson, NV 89053** | **Shareholder** | **9.53%** |
| **Dennis M. Eliassen**<br>**25300 Ridgewood Drive**<br>**Farmington, MI 48336** | **Shareholder** | **9.39%** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
     commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
     immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
     commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
| --- | --- | --- |
| **Richard Ham** | **Sept 2010** | **$65** |
| **Owner** |  |  |

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                           TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **December 28, 2010**                    Signature   **/s/ Richard L. Ham**

                                                           **Richard L. Ham**
                                                           **President/CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **Millenium Holding Group, Inc.**                                              Case No.
                                                    Debtor(s)         Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **2,500.00** |
| Prior to the filing of this statement I have received | $ **2,500.00** |
| Balance Due | $ **0.00** |

2.   The source of the compensation paid to me was:

☐ Debtor   ☑ Other (specify):   **Payor: FYNCO**

3.   The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
      **Per fee agreement.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Per fee agreement.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **December 28, 2010**                              **/s/ Robert Atkinson**
                                                            **Robert Atkinson 9958**
                                                            **Kupperlin Law Group, LLC**
                                                            **10120 S. Eastern Ave Suite 202**
                                                            **Henderson, NV 89052**
                                                            **(702) 614-0600   Fax: (702) 614-0647**
                                                            **bknotices@kupperlin.com**

---

# United States Bankruptcy Court
## District of Nevada

In re    **Millenium Holding Group, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President/CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 28, 2010**

**/s/ Richard L. Ham**

**Richard L. Ham**/**President/CEO**
Signer/Title

Millenium Holding Group, Inc.
P.O. Box 530512
Henderson, NV 89053

Robert Atkinson
Kupperlin Law Group, LLC
10120 S. Eastern Ave Suite 202
Henderson, NV 89052

Adam D. Mitzner, Esq.
Acct No NY Case # 604132-2006
Gersten Savage LLP
600 Lexington Avenue
New York, NY 10022

Aetna
Acct No xxxx6085
1425 Union Meeting Road
P.O. Box 2321
Blue Bell, PA 19422

American
P.O. Box 619616
DFW Airport, TX 75261

April Shon
20472 Saratoga Los Gatos Road
Saratoga, CA 95070

Automatic Data Processing, Inc. - ADP
Acct No xxx037R
51 Mercedes Way
Edgewood, NY 11717

Benedict James & Cynthia A. Bauer
11328 Tecumseh
Redford, MI 48239

Binary.Net
Acct No rh4
134 S. 13th Street, Suite 301
Lincoln, NE 68508

Blair T. Holder
304 Hillcrest Drive NE
New Philadelphia, OH 44663

Bruno's Landscaping
P.O. Box 778184
Henderson, NV 89077

Business Wire
Acct No xxxxxxx & xxx7604
44 Montgomery Street, 39th Floor
San Francisco, CA 94104

California Franchise Tax Board
3321 Power Inn Road, Suite 250
Sacramento, CA 95826-3893

Carl P. Ranno
2733 E. Vista Drive
Phoenix, AZ 85032

Carla Aufdenkamp
P.O. Box 530512
Henderson, NV 89053

Catherine S. Ratelle
6393 Buckaroo Avenue
Las Vegas, NV 89108

Charles V. Barrett
17351 Tall Tree Trail
Chagrin Falls, OH 44023

Chavez & Koch, CPA's, Ltd.
Acct No xxxx0000
c/o Kondler, Chavez & Koch, CPA's
6460 Medical Center Street, Suite 230
Las Vegas, NV 89148

Childers' Financial Services, Inc.
205 Parkers Mill Road
Somerset, KY 42501

Christopher Hunter, Esq.
Acct No NV Case #07A534614
Wanderer Law PC
302 E. Carson Avenute, Suite 520
Las Vegas, NV 89101

City of Henderson
Acct No xxxxx7836
240 Water Street
P.O. Box 95050
Henderson, NV 89009

City of Henderson
P.O. Box 95050
Henderson, NV 89009-5050

City of Las Vegas
400 Stewart Avenue
Las Vegas, NV 89101

City of North Las Vegas
2200 Civic Center Drive
North Las Vegas, NV 89030

Claire Y. Dossier, Esq.
Acct No NV Case #A-10-615556-F
Snell & Wilmer, LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Clark County Assessor
Attn: Bankruptcy
500 South Grand Central Parkway
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
Attn: Bankruptcy
500 S Grand Central Parkway
PO Box 551220
Las Vegas, NV 89155-1220

Compushare, Inc.
Acct No M110
Three Hutton Centre Drive, Suite 700
Santa Ana, CA 92707

Connelly Roberts & McGivney, LLC
Acct No xxxx x0001
55 W. Monroe Street, Ste. 1700
Chicago, IL 60603

Curtice L. Newcom Jr.
4021 Brentwood Drive
Owensboro, KY 42301

Dana F. Cole & Company
Acct No xxxxx5 001
1248 O Street, Suite 500
Lincoln, NE 68508

David W. Novack, Esq.
Acct No NJ Case #DC-5612-01
Egan & Novack, LLC
195 Route 46 West, Suite 11
Totowa, NJ 07512

De Joya Griffith & Company, LLC
2580 Anthem Village Drive
Henderson, NV 89052

Dennis Burns
P.O. Box 362
Tiffin, OH 44883

DHL (formerly Airborne Express)
Acct No xxxxx6217, xxxxxxxxx & xxx3837
1200 S. Pine Island Road, Suite 600
Plantation, FL 33324

Donohue Brown Mathewson & Smyth, LLC
Acct No x0723
140 S. Dearborn, Suite 800
Chicago, IL 60603

Earl Roberts
P.O. Box 425
Tiffin, OH 44883

Edward F. Malone, Esq.
Acct No NV Case #A-10-615556-F
Barack Ferrazzano Kirschbaum
200 W. Madison Street, Suite 3900
Chicago, IL 60606

Edward F. Malone, Esq.
Acct No NV Case #CV-S-05-0356-JCM-LRL
Barack Ferrazzano Kirschbaum
200 W. Madison Street, Suite 3900
Chicago, IL 60606

Eliassen, Dennis
25300 Ridgewood Drive
Farmington Hills, MI 48336

Embarq Communications, Inc.
Acct No xxxxx0369
P.O. Box 8188
London, KY 40742

Embarq Communications, Inc.
P.O. Box 8188
London, KY 40742

Envision Capital, LLC
P.O. Box 2112
Fort Lauderdale, FL 33303

FedEx
Acct No xxxx-x403-4
P.O. Box 332
Memphis, TN 38101

Friedman & Holtz, P.C.
Acct No xx111A
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606

Fusion Capital Fund II, LLC
222 Merchandise Mart Plaza, Ste 9-112
Chicago, IL 60654

Gemisys
Acct No x1576
7103 S. Revere Parkway
Englewood, CO 80112

GLS Landscaping, Inc.
1520 Patrick Lane
Henderson, NV 89014

Gregorio Reyes-Martinez
dba ABC Landscaping
8285 Gulfstar Lane
Las Vegas, NV 89147

Gusrae Kaplan Bruno & Nusbaum PLLC
120 Wall Street
New York, NY 10005

Hangers
2101 G St
Lincoln, NE 68510

Hobe & Lucas CPA, Inc.
Acct No M174
4807 Rockside Road, Suite 510
Independence, OH 44131

Howard Roitman, Esq.
Acct No NV Case #09A579265
Howard Roitman & Associates PC
8921 W. Sahaara Avenue, Suite B
Las Vegas, NV 89117

Imperial Financial Printing
7100 E. Lincoln Drive, Suite D230
Scottsdale, AZ 85253

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internet Wire
Acct No x4273
c/o Market Wire
5757 W. Century Blvd., Suite 200
Los Angeles, CA 90045

InvestSource, Inc.
7451 Warner Avenue, Suite 342
Huntington Beach, CA 92647

InvestSource, Inc.
7071 Warner Avenue, Suite F-416
Huntington Beach, CA 92647

J & S Lawn Maintenance
P.O. Box 24415
Las Vegas, NV 89116

Jacqueline J. Sherbrook
25840 Ridgewood Drive
Farmington Hills, MI 48336

Jaguar
Acct No xxxx8106
National Bankruptcy Service Center
P.O. Box 537901
Livonia, MI 48153

James & Sylvia Nafso
6850 Cambridge Court
West Bloomfield, MI 48322

John E. Queen
13006 Hamilton Street
Omaha, NE 68154

Jolley Urga Wirth Woodbury Standish
Acct No xxxx-xxxx-xxx & xxxx-xxxx0-ARA
Wells Fargo Tower, 16th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Jolley Urga Wirth Woodbury Standish
Wells Fargo Tower, 16th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169

Joseph A. Mantey & Kendra L. Schwartz
25779 Ridgewood Drive
Farmington Hills, MI 48336

Kevin & Dawn McGunagle
25443 Ridgewood Drive
Farmington Hills, MI 48336

Kinko's
800 N. 48th Street
Lincoln, NE 68504

Law Offices of John G. Prather
48 Public Square
P.O. Box 616
Somerset, KY 42502

Law Offices of Patrick C. Clary, Charter
7201 W. Lake Mead Blvd., Suite 503
Las Vegas, NV 89128

Lawrence D. & Diane R. Derderian
22544 Lawrence Street
Dearborn, MI 48128

Lewis and Roca, LLP
Acct No xxxxx-x0002
3993 Howard Hughes Parkway
Las Vegas, NV 89109

Lincoln Journal Star
Acct No xxxx849-5
P.O. Box 80499
Lincoln, NE 68501

Mail Boxes, Etc.
40th & Old Cheney Road
Lincoln, NE 68516

Marc C. Gabriel
7288 Plantanus Avenue
Las Vegas, NV 89113

Mark Fawcett
5092 Gleason Drive
Whitmore Lake, MI 48189

Mark Koch
349 Gulf Stream Way
Costa Mesa, CA 92627

Market Advantages, Inc.
Market Advantages Consulting LLC
1636 S. Los Alamos Circle
Mesa, AZ 85204

Maura A. & Todd M. Sanders
110 Brookfair Lane
Leesburg, GA 31763

MCI Worldcom
Acct No xx-xxxxxxxxxxx-x0475
P.O. Box 4645
Iowa City, IA 52244

Mendoza Berger Company
Acct No xxxxx0 001
9838 Research Drive
Irvine, CA 92618

Milliman USA
Acct No x6MHG
1120 S. 101st Street, Suite 400
Omaha, NE 68124

National Assn Insurance Commissioners
Acct No x*x8327
2301 McGee Street, Suite 800
Kansas City, MO 64108

Nevada Dept of Taxation
Attn: Bankruptcy
555 E. Washington Ave Suite 1300
Las Vegas, NV 89101

Nextel (Nextel Partners)
Acct No xxxxxxx025-9
6880 Bermuda Road, Suite 100
Las Vegas, NV 89119

NV Dept of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711

NV DETR
500 East Third Street
Carson City, NV 89713

NV Energy
Acct No xxxxxxxxxxxxxxx8604
6226 W. Sahara Avenue
P.O. Box 98910
Las Vegas, NV 89151

NV Office Labor Commissioner
Acct No NV Case #08A567614
555 E. Washington Avenue, #4100
Las Vegas, NV 89101

NVESTrain
P.O. Box 362
Tiffin, OH 44883

Paul R. Hejmanowski, Esq.
Acct No NV Case #CV-S-05-0356-JCM-LRL
Lionel Sawyer & Collins
300 S. Fourth Street Ste 1700
Las Vegas, NV 89101

Paul T. Jacobs
Acct No x0966
22911 Papago Road
Apple Valley, CA 92307

Philip A. Waldron, CPA, P.C.
1919 S. 40th Street, Suite 306
Lincoln, NE 68506

PR Newswire
Acct No xxxxxx & xx3681
G.P.O. Box 5897
New York, NY 10087

Pro Design, LLC
P.O. Box 368
Bunker Hill, WV 25413

Realty Consultants Corporation
304 Persimmon Way
Harrodsburg, KY 40330

Republic Services
Acct No xxxx xx x xx159 9
770 E. Sahara Avenue
Las Vegas, NV 89104

Richard & Carla Ham
P.O. Box 530512
Henderson, NV 89053

Richard Ham
P.O. Box 530512
Henderson, NV 89053

Rigo Landservice
c/o Rodrigo Resendiz
20 Montello Avenue
Las Vegas, NV 89110

Robert Eliassen Jr.
726 Tickner Street
Linden, MI 48451

Ross Engineering, Inc.
Acct No xxxxxx & xx2502
201 N. 8th Street, Suite 401
P.O. Box 80681
Lincoln, NE 68501

Ruder Finn
Acct No x4103
301 E. 57th Street
New York, NY 10022

Runyon Architects and Associates, Inc.
Acct No 140
2508 Highlander Way, Suite 210
Carrollton, TX 75006

Sarmad Jabro for Sarmad Jabro Estates
6073 Northcreek Court
West Bloomfield, MI 48322

Sarmad Jabro, Trustee of the Sarmad Jabr
6073 Northcreek Court
West Bloomfield, MI 48322

Scott C. Sandberg, Esq.
Acct No NV Case #CV-S-05-0356-JCM-LRL
Snell & Wilmer, LLP
1200 Seventeenth Street, Suite 1900
Denver, CO 80202

South Eastern Appraisal, Inc.
Acct No xxxx9007
127 Monticello Street, Suite 1
Somerset, KY 42501

Sprint
Acct No xxxxx0369
P.O. Box 15955
Shawnee Mission, KS 66285

Sprint
Acct No xxx-xxx-7726
P.O. Box 600607
Jacksonville, FL 32260

Sprint Conferencing Services
Acct No xxxx1780
P.O. Box 101343
Atlanta, GA 30392

Sprint Nextel
Attn: Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207-0949

St. Rose Executive Suites, LLC
Acct No Fynancial Mortgage Corp
2831 St. Rose Parkway, #200
Henderson, NV 89052

Standard & Poor's
Acct No xxxxxx5379
55 Water Street
New York, NY 10041

Steve's Lawn Service
Acct No 129
2392 Wood Village Drive
Henderson, NV 89044

Steven Miller
261 Single Petal Street
Henderson, NV 89074

Stout Risius Ross, Inc.
Acct No xxx2833
One South Wacker Drive, 38th Floor
Chicago, IL 60606

Sutura, Inc.
17080 Newhope Street
Fountain Valley, CA 92708

The Corporate Place, Inc.
601 E. Charleston Boulevard, #100
Las Vegas, NV 89104

The Corporate Place, Inc.
Acct No Re: FYNRE
601 E. Charleston Boulevard, #100
Las Vegas, NV 89104

The Depository Trust Company
Acct No xxxxx / xxxxxxxxxxx1000
55 Water Street
New York, NY 10041

Thomas F. Kennedy
P.O. Box 27844
Ralston, NE 68127

Tullis Landscaping & Maintenance
Acct No 5202
2480 Cedar Meadows Street
Henderson, NV 89052

United
77 W. Wacker Drive
Chicago, IL 60601

US Bank
Acct No xxxxxxxx5634
P.O. Box 1800
St. Paul, MN 55101

US Securities and Exchange Commission
Acct No Ticker:  MNHG
Attn: Bankruptcy
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036-3648

Verizon
P.O. Box 6000
Hayden, ID 83835

Wayne O. Barr
P.O. Box 938
Invermere, BC V0A1K0
CANADA

```
Wert-Berater Commercial
3753 Howard Hughes Pkwy Ste 200
Las Vegas, NV 89109
```

# United States Bankruptcy Court
### District of Nevada

In re    **Millenium Holding Group, Inc.**

_____

Debtor(s)

Case No. _____

Chapter    **7**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Millenium Holding Group, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ham Consulting Company**
**PO Box 530512**
**Henderson, NV 89053**

☐ None [_Check if applicable_]

**December 28, 2010**
_____

Date

**/s/ Robert Atkinson**
_____

**Robert Atkinson 9958**

Signature of Attorney or Litigant

Counsel for    **Millenium Holding Group, Inc.**

**Kupperlin Law Group, LLC**
**10120 S. Eastern Ave Suite 202**
**Henderson, NV 89052**
**(702) 614-0600 Fax:(702) 614-0647**
**bknotices@kupperlin.com**