# United States Bankruptcy Court
## District of Nevada

Case No. <u>10–33982–bam</u>
**Chapter 7**

In re: (Name of Debtor)
    MILLENIUM HOLDING GROUP, INC.
    P.O. BOX 530512
    HENDERSON, NV 89053

Social Security No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT WILLIAM A LEONARD is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 3/18/11                                         BY THE COURT

                                                                                                                     Mary A. Schott
                                                                                                                     Clerk of the Bankruptcy Court